UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADA KENNETH JENNINGS JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. et al.,<br><br>Defendant. | No. 2:25-cv-01600-DAD-CSK<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 10) |

On May 6, 2025, plaintiff Jada Jennings Jackson filed a complaint in the Sacramento County Superior Court initiating this action against defendants Walmart Inc. and International Protective Services, Inc. (Doc. No. 1 at 5.) On June 9, 2025, defendant Walmart Inc. filed a notice of removal in this court on the basis of 28 U.S.C. §§ 1332, stating that the parties are completely diverse and the amount in controversy exceeds $75,000. (Doc. No. 1 at 2.)

On October 7, 2025, the parties stipulated to remand this action to the Sacramento County Superior Court. (Doc. No. 10.) In the parties' stipulation, they state that "[f]ollowing discussions among the Parties, the Parties have agreed that this action should be remanded to the Superior Court of California for the County of Sacramento[.]" (*Id.* at 2.)

/////

/////

1

Accordingly, and pursuant to the parties' stipulation, this action is REMANDED to the Sacramento County Superior Court. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **October 8, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2